# Law Offices of
# Daniel A. McGuinness, PC

260 Madison Ave, 17th Floor, New York, NY 10016
Tel: (212) 679-1990 · Fax: (888)-679-0585 · Email: dan@legalmcg.com

September 7, 2021

<u>VIA ECF</u>

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The request to modify pretrial release conditions is approved.
SO ORDERED
<u>/s/ Alvin K. Hellerstein</u>
September 17, 2021

Re:   <u>*United States v. Reginald Claxton*</u>, 20-cr-631(AKH)

Dear Judge Hellerstein:

    I represent Reginald Claxton with respect to the above captioned matter. I write on consent of the Government and Pretrial to request a modification of Mr. Claxton's pretrial release conditions to remove the condition of a curfew with location monitoring.

    Mr. Claxton has adjusted well to pretrial supervision and complied with his restrictions since January. Mr. Claxton's living conditions have presented difficulties as he lives in a small room with a shared bathroom and kitchenette down the hall.

    I thank the Court for its attention to this matter.

                                                   Very truly yours,

                                                   Daniel A. McGuinness

Cc:   AUSA Ryan Finkel (via email)
       Pretrial Services Officer Mohammed Ahmed (same)