```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK


------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            :
                              :
REGINALD CLAXTON              :
                              :
------------------------------x
```

**GOVERNMENT EXHIBIT 403D-T**
S1 20 Cr. 631 (AKH)

```
              File Name:      GX 403C
              Audio Date:     July 31, 2020
              Audio Start:    6:16 p.m.


              Participants:   CS-1
                              DET. MICHAEL DUFFY [DUFFY]



              Abbreviation:   [UI] Unintelligible
                              [PH] Phonetic Spelling
                              [VO] Voices Overlap
                              [IA] Inaudible
```

| | | |
|---|---|---|
| 1 | CS-1: | Yup. |
| 2 | DUFFY: | Where's he at? |
| 3 | CS-1: | Yeah, I just saw him. |
| 4 | DUFFY: | Where at? |
| 5 | CS-1: | In my house. |
| 6 | DUFFY: | Fucking when? |
| 7 | CS-1: | Right now!  He just left my building. |
| 8 | DUFFY: | [UI] Okay.  Where's … |
| 9 | CS-1: | You don't see the dreads?  The dreads, the dreads. |
| 10 | DUFFY: | [UI] |
| 11 | CS-1: | Dread, Dread, Dread. |
| 12 | DUFFY: | I don't know what you're saying. |
| 13 | CS-1: | Dread.  The guy with the dreads? |
| 14 | DUFFY: | Oh, a guy with dreads. |
| 15 | CS-1: | Yeah, you didn't see him come in my building right |
| 16 | | now? |
| 17 | DUFFY: | No, we were looking for fucking Friend. |
| 18 | CS-1: | No, he sent, he sent Dread. |
| 19 | GA: | Well what was he wearing? |
| 20 | CS-1: | Um, I told you, [UI] cigarettes.  Um… um… he was |
| 21 | | wearing a white t-shirt, some um, beige shorts.  He |
| 22 | | going back to Friend's right now! |
| 23 | DUFFY: | [UI] beige shorts [UI]? |
| 24 | CS-1: | Yeah!  Well, anyway, I got him- I got him on the, on |
| 25 | | the, on the, um on the thing, talking to him.  So, you |

```
 1              know, saying…
 2  DUFFY:  Do you have the phone number on that guy?
 3  CS-1:   No, because he's, he's the one that delivers for
 4          Friend.
 5  //
 6                              END
```