| Tracking# 59258827 | | | | | | |
|---|---|---|---|---|---|---|
| **CI Buy Report** | | | **Crime/Condition** | | **Command** 544-NARCOTICS BOROUGH MANHATTAN NORTH | |
| | | | | | **Date of This Report** 07/31/2020 | |
| **Date Reported** 07/31/2020 | **Complaint No.** | **Date Assigned** 07/31/2020 | **Case No.** 2019 - 616 | **Unit Reporting** NARCOTICS TEAM 25-32-CPP | **Follow-Up No.** 209 | |

| Reference Case No 2019 - 616 | Command 544-NARCOTIC BORO MAN NORTH | Complaint No |
|---|---|---|

| Topic/Subject (CI Buy Report) POSITIVE CI BUY- JD FRIEND/JD DREAD | Activity Date 07/31/2020 | Activity Time 18:16 |
|---|---|---|

| Arrest Made | |
|---|---|
| **Arrest Made** No | **Felony or Misdemeanor** Felony |

**Reason for this Location**

| Source Self-Init KITE - 2019 - 28 - 13 | Pct Plan | Other, Specify |
|---|---|---|

**Location**

| Address Location NYC | Street 2041 7 AVENUE | City MANHATTAN | State NY | Zip | Apt # |
|---|---|---|---|---|---|
| Phone # | Cross Street WEST 122 STREET and WEST 123 STREET | | Intersection of | | Premise Type |
| Indicate Premises Name if Known: JAH SEAL | | | Exact Location Within Premise Type, if Known: | | |
| Business Name | | | Business Type | | |

**Event Details**

| Buy and Bust | Case Buy Yes | Vice Enforcement | Search Warrant |
|---|---|---|---|
| Gang Enforcement | Auto Crime Enforcement | Asset Forfeiture | Other |

**CI Activity**

| CI Select# Available CI | Available CI 08-000751 |
|---|---|

**NYPD Handler**

| TaxId 948329 | Name MICHAEL DUFFY | Rank POM | Cmd 544 |
|---|---|---|---|

**Alternate Handler**

| TaxId 951190 | Name DOUGLAS RYAN | Rank DT3 | Cmd 544 |
|---|---|---|---|

**Buy Money Received From**

| TaxID 948329 | Name MICHAEL DUFFY | Rank DT3 | Command 544 | Amount Paid $200.00 | Buy Money Recovered No | Activity Type Case Buy | Results Positive |
|---|---|---|---|---|---|---|---|
| Info Reliable Yes | Stash Recovered No | Lost Subjects | Weather Clear | Lighting Daylight | Description (Subjects) JD Friend JD Dread | # of Missd. Arrests | # of Fel. Arrests |
| Ghost(s) Det Duffy | | Date/Time of ID | | | Location of ID | | |

| Details | | | | |
|---|---|---|---|---|
| **Summary of Investigation:** <br> 1. On July 31,2020, at approximately 1515 hours Det Duffy, SA Hill and Sgt Scheinblum did pick up CI#08-000751 in the confines of the 28 PCT in R/A 9414. The CI was searched under the NYPD guidelines for US currency and contraband yielding negative results. <br><br> 2. At approximately 1754 hours the CI was given 200 dollars USC and instructed to purchase narcotics at the target location. The CI was briefed about the complaint at the above location. At approximately 1816 hours the CI returned to the R/A with positive results. The details are as follows: <br><br> 3. The CI placed a call to JD Friend at approx. 1750 hours. JD Friend engaged in a narcotic related conversation with the CI and told the CI to meet JD Friend at the CI's house. The CI exited the R/A and proceeded to the target location. The CI met up with JD Dread at the meeting location and began a narcotics related conversation. JD Dread informed the CI that JD Friend sent him. JD Dread then handed the CI a zip containing 8 twists of crack cocaine for 200 dollars. The CI then returned to the auto with positive results. <br><br> 4.. Submitted for your information. | | | | |

| Routing Rules |
|---|

| ATTACHMENT | | |
|---|---|---|
| No | Attachment | Description |

| Reporting Officer: | Rank <br> DT3 | Name <br> MICHAEL DUFFY | Tax Reg. No. <br> 948329 | Command <br> 544-NARCOTICS BOROUGH MANHATTAN NORTH |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing <br> - | Date Reviewed: <br> 08/05/2020 | Date of Next Review | Name <br> IAN SCHEINBLUM | Supv. Tax No. <br> 941140 |
| Endorser: | Rank <br> SGT | Name <br> IAN SCHEINBLUM | Tax Reg. No. <br> 941140 | Command <br> 544 | Status <br> Approved |
| | Endorsement Date <br> 08/05/2020 | Comments | | |