✎ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

UNITED STATES OF AMERICA

**JUDGMENT OF ACQUITTAL**

V.

Reginald Claxton

CASE NUMBER: 1: S1 20 Cr. 00631-12(AKH)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Hon. Alvin K. Hellerstein,        U.S.D.J.
_____
Name of Judge                Title of Judge

July 7, 2022
_____
                Date